Dismissed and Memorandum Opinion filed October 1, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00534-CV

____________

 

WENDY D. DUONG, Appellant

 

V.

 

NAM NGUYEN D/B/A KOI HANH CUC THI NGUYEN D/B/A KOI
HANH,

ET AL, Appellees

 



On Appeal from the
334th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-69408



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 13, 2009.  On September 23, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman, and Boyce.